# IN THE SUPREME COURT OF THE STATE OF NEVADA

NEVADA YELLOW CAB
CORPORATION; NEVADA CHECKER
CAB CORPORATION; AND NEVADA
STAR CAB CORPORATION,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
RONALD J. ISRAEL, DISTRICT
JUDGE,
Respondents,
and
CHRISTOPHER THOMAS; AND
CHRISTOPHER CRAIG,
Real Parties in Interest.

No. 74166



FILED

FEB 02 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This is an original petition for a writ of mandamus challenging a district court order striking certain affirmative defenses in a constitutional minimum wage matter. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

"A writ of mandamus is available to compel the performance of an act that the law requires . . . or to control an arbitrary or capricious exercise of discretion." *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008); NRS 34.160. A writ of mandamus will not issue, however, if the petitioners have a plain, speedy, and adequate remedy at law. *See* NRS 34.170. Whether to consider a writ of mandamus is within this court's sole discretion. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). Petitioners bear

18-04585

the burden of demonstrating that extraordinary relief is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004).

Having reviewed the petition and accompanying documents, we conclude that our intervention by way of extraordinary relief is not warranted. We therefore

ORDER the petition DENIED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

cc:   Hon. Ronald J. Israel, District Judge
      Marc C. Gordon
      Tamer B. Botros
      Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP/Las Vegas
      Leon Greenberg Professional Corporation
      Rodriguez Law Offices, P.C.
      Hejmanowski & McCrea LLC
      Eighth District Court Clerk